UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANYALE SHARRON TUBBS,

    Plaintiff,

v.

UNKNOWN WAKEFIELD, et al.,

    Defendants.

_____/

Case No. 1:24-cv-1292

HON. JANE M. BECKERING

**ORDER**

    This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983.  Defendants Wakefield and Jacoutot filed a Motion for Summary Judgment on the ground that Plaintiff failed to exhaust his administrative remedies (ECF No. 16).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 25) on October 24, 2025, recommending that this Court deny the motion.  The Report and Recommendation was duly served on the remaining parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

    **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 25) is APPROVED and ADOPTED as the Opinion of the Court.

    **IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 16) is DENIED.

    The case proceeds as to Plaintiff's excessive force claims against Defendants Wakefield and Jacoutot relating to the use of the restraint chair on September 26, 2022.

Dated: December 1, 2025

        /s/ Jane M. Beckering
        JANE M. BECKERING
        United States District Judge